# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **THE HANOVER INSURANCE COMPANY,** § <br> *Plaintiff*, § <br> § <br> **V.** § <br> § <br> **K&S GROUP, INC., KEYSTONE** § <br> **SOUTHWEST INSURANCE AGENCY,** § <br> **INC., AND JAMES LEEKER,** § <br> *Defendants*. § | CASE NO. 3:25-CV-00027-N <br><br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE TO COURT OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE DAVID C. GODBEY:

Plaintiff, The Hanover Insurance Company, hereby provides notice to the Court that it has agreed to settle all matters in dispute with regard to this lawsuit. Plaintiff and Defendants are in the process of preparing and executing dismissal documents.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ *Peri H. Alkas*
        Peri H. Alkas
        ATTORNEY-IN-CHARGE
        State Bar No. 00783536
        Federal Bar No. 15785
        ONE SHELL PLAZA
        910 Louisiana Street; Suite 4300
        Houston, Texas 77002
        Telephone: 713 626 1386
        Facsimile: 713 626 1388
        Email: peri.alkas@phelps.com

AND

Page **1** of **2**

PD.48738465.1

BY:    */s/ Sondra Sylva*_____
       Sondra Sylva; TBN: 24033017
       PHELPS DUNBAR LLP
       2102 E. State Highway 114, Suite 207
       Southlake, Texas 76092
       Telephone: (817) 488-3134
       Facsimile: (817) 488-3214
       Email: sondra.sylva@phelps.com

**ATTORNEYS FOR DEFENDANT,
THE HANOVER INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been served upon all known counsel of record as listed below on March 26, 2025.

| | |
|---|---|
| Robert A. Bragalone | BBragalone@grsm.com |
| B. Ryan Fellman | RFellman@grsm.com |
| GORDON & REES | |
| 2200 Ross Avenue, Suite 3700 | |
| Dallas, Texas 75201 | |

                             /s/ *Peri H. Alkas*_____
                              Peri H. Alkas