IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE HANOVER INSURANCE COMPANY, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No.  3:25-CV-00027-N |
| K&S GROUP INC, *et al.*, | | |
| Defendants. | | |

# ORDER

The parties have announced that this case has been resolved.  Any trial setting and scheduling order are vacated.  The parties have thirty days to file dismissal papers.  If the parties do not file dismissal papers within thirty days, the Court will dismiss this case without prejudice without further notice.

Signed March 26, 2025.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE